# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| BARRY BEKKEDAM, and | : | NO.: 14-548 |
| BRIAN HARTLINE, | : | |
|    Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of September, 2016, upon consideration of Defendant Hartline's Motion for Acquittal, (Dkt No. 171), Defendant Bekkedam's Motion for Acquittal, (Dkt No. 172), the Government's Response in Opposition, (Dkt No. 174), Defendant Bekkedam's Reply, (Dkt No. 175), Defendant Hartline's Memorandum in Further Support of Motion for Acquittal, (Dkt No. 176), Defendant Bekkedam's Supplemental Memorandum for Motion of Acquittal, (Dkt No. 191), Defendant Hartline's Memorandum of Law in Further Support of Motion for Acquittal, (Dkt No. 207), Defendant Hartline's Motion for a New Trial Pursuant to Fed. R. Crim. P. 33, (Dkt No. 230), Defendant Bekkedam's Motion for a New Trial, (Dkt No. 231), Government's Response to Defendants' Motions for Acquittal and New Trials, (Dkt No. 242), Defendant Bekkedam's Reply to Response, (Dkt No. 244), Defendant's Hartline's Reply to Response, (Dkt No. 255), and oral argument on July 14, 2016, it is hereby **ORDERED** that:

1. Defendant Hartline's Motion for Acquittal, (Dkt No. 171), is DENIED.
2. Defendant Hartline's Motion for New Trial, (Dkt No. 230), is DENIED.
3. Defendant Bekkedam's Motion for Acquittal, (Dkt No. 172), is DENIED.
4. Defendant Bekkedam's Motion for New Trial, (Dkt No. 231), is DENIED.

                                                             **BY THE COURT:**

                                                             **/s/ C. Darnell Jones, II**
                                                             **C. DARNELL JONES, II   J.**